1

John DE MASCO, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 326.

In Error to the District Court of the United States for the Eastern District of New York.

Dana Wallace, of Long Island City, N. Y. (Joseph Lonardo, of Long Island City, N. Y., on the brief), for plaintiff in error.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (H. H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

2

In the Matter of Olin D. GRAY, Alleged Bankrupt. Irving Bank Columbia Trust Company, Petitioner.

(Circuit Court of Appeals, Second Circuit. June 17, 1926.)

No. 384.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

Breed, Abbott & Morgan, of New York City (H. F. Williamson, Sumner Ford, and E. A. Craighill, Jr., all of New York City, of counsel), for petitioner.

Pellet, Fay & Rubin, of New York City (William W. Pellet, of New York City, of counsel), for bankrupt.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed, with costs.

---

3

In the Matter of HURWITZ COMPANY, Inc., Bankrupt. Abram E. Hurwitz, Petitioner-Appellant.

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 327.

Petition to Revise Order of and Appeal from the District Court of the United States for the Southern District of New York.

Louis Rosenberg, of New York City (Nathan April, of New York City, of counsel), for petitioner.

McDonnell & Lebett, of New York City, for trustee in bankruptcy.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Order affirmed, with costs.

---

4

Hutton Company, Libelant-Appellee, v. Steam Tug JAMES G. CONWAY, Her Engines, etc.; Stanwood Towing Company, Claimant-Appellant. Long Island Railroad Company, Respondent-appellee.

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 336.

Appeal from the District Court of the United States for the Southern District of New York.

Amos Van Etten, of Kingston, N. Y., for libelant.

Macklin, Brown & Van Wyck and H. L. Cheyney, all of New York City, for the Conway.

Burlingham, Veeder, Masten & Fearey, of New York City (J. D. Eggleston and Chauncey I. Clark, both of New York City, of counsel), for Long Island R. R.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with 5 per cent. damages, under rule 27.